VIRO REALTY CORPORATION, Respondent, *v.* DANIEL BELMONT, Doing Business as DANIEL THE CATERER, Appellant.

Argued November 16, 1949; decided December 1, 1949.

*Harry M. Krokow* for appellant.

*Harold J. Treanor* and *Floyd W. Tomkins, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.